Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America, | No: 3:22-cr-003-SLG |
| Plaintiff, | |
| v. | Entry of Appearance |
| Nathan Meisner, | |
| Defendant. | |

    Steve Wells, of Steven M. Wells, P.C., files this Entry of Appearance for Nathan Meisner in this case.

DATED this 25th day of February, 2022, at Anchorage, Alaska.

                                       Steven M. Wells, PC
                                       Attorneys for Defendant

By:    /s/ Steven M. Wells   .
        Steven M. Wells
        ABA #0010066

CERTIFICATE OF SERVICE

I certify that on February 25, 2022, I served a copy of the Entry of Appearance electronically on:

All parties of record

   /s/ SMW             .
Steven M. Wells, PC